```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ MICHAEL D. ANDERSON
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2755
 5 │
 6 │
 7 │
 8 │         IN THE UNITED STATES DISTRICT COURT
 9 │      FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ IN THE MATTER OF THE SEARCH OF:  )   S.W. NO. 12-SW-226-GGH
   │                                  )
12 │ 849 Emily Street,                )   [PROPOSED] ORDER
   │ Mountain House, CA.              )   FOR UNSEALING WARRANT AND
13 │                                  )   SEARCH WARRANT AFFIDAVIT
   │                                  )
14 │                                  )
   │                                  )
15 │                                  )
   │                                  )
16 │ _____ )
17 │      The government's request to unseal the Search Warrant and this
18 │ case is GRANTED.
19 │ SO ORDERED:
20 │ DATED: July 20, 2012
   │                              HON. KENDALL J. NEWMAN
21 │                              U.S. Magistrate Judge
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```

**FILED**

JUL 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK